UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2019 JAN 16 PM 1:19

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. |
| JEANETTE FALCON, | ) | -09 |
| Defendant. | ) | 1:19-cr-0017 JMS -TAB |

PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
| --- | --- | --- | --- | --- |
| 1 | 21 U.S.C. § 846 Conspiracy to Distribute Controlled Substances | 10-Life | NMT $10,000,000 | NLT 5 years |

Dated: _____    _____
                                                         JEANETTE FALCON
                                                         Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana