AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Indiana

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Jeanette Falcon -09<br>*Defendant* | ) ) ) ) ) ) ) | Case No.  1:19-cr-0017 JMS -TAB |

**FILED**
JAN 2 2 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jeanette Falcon                                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. § 846.

Date:   1/16/2019

CLERK OF COURT, Laura A. Briggs
BY: *[signature]*
        *Deputy Clerk*

City and state:   Indianapolis, Indiana

### Return

| | |
|---|---|
| This warrant was received on *(date)* 01/17/19, and the person was arrested on *(date)* 01/18/19 at *(city and state)* Indianapolis, IN. | |
| Date: 01-22-19 | *[signature]*<br>*Arresting officer's signature*<br><br>SA Matt Holbrook<br>*Printed name and title* |